UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 07-cr-252-02-JD

<u>Maria C. Rosario</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted.  Trial is also continued as to co-defendant Eduardo K. Fernandez-Avalos unless an objection is filed by Tuesday, January 15, 2008.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date: January 10, 2008


cc:    Steven Gordon, Esq.
        Mark Irish, Esq.
        U.S. Marshal
        U.S. Probation
        Martin Leppo, Esq.
        Paul Twomey, Esq.