```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 07-cr-252-01,02-JD

<u>Eduardo K. Fernandez-Avalos</u>
<u>Maria C. Rosario</u>

## O R D E R

The Joint Assented to Motion to reschedule jury trial (document no. 29) filed by the defendants is granted.

Defendants shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                <u>/s/Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  May 1, 2008


cc:  Mark Irish, Esq.
     Martin K. Leppo, Esq.
     Paul J. Twomey, Esq.
     U.S. Marshal
     U.S. Probation