UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

              v.                    Criminal No. 07-cr-252-01-JD

<u>Maria C. Rosario</u>


                         O R D E R


   The assented to motion to reschedule jury trial (document no. 52) filed by defendant is granted.  As counsel for co-defendant Eduardo K. Fernandez-Avalos has assented to this motion, trial is also continued as to co-defendant Fernandez-Avalos.

   Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

   SO ORDERED.


                                    <u>/s/ Joseph A. DiClerico, Jr.</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date:  October 16, 2008



cc:  Mark Irish, Esq.
     Martin Leppo, Esq.
     Paul Twomey, Esq.
     Marcie Vaughan, Esq.
     Steven Gordon, Esq.
     William Christie, Esq.
     U.S. Marshal
     U.S. Probation