

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Criminal No. 07-cr-252-02-JD

Maria C. Rosario

ORDER

On May 30, 2012, Juan A. Rosario filed a request for return of bail money posted on behalf of his wife, Maria C. Rosario, Document #97.   On July 2, 2012, the Government filed a Response. Document #98, indicating that they had no objection to the relief sought for return of bail.

It is herewith ordered that Mr. Rosario's request is granted.

SO ORDERED.

July 3, 2012

Joseph A. DiClerico, Jr.
United States District Judge

cc:  Michael Gunnison, Esq.
     William Christie, Esq.
     Steven Gordon, Esq.
     Marcie Vaughan, Esq.
     Juan Rosario
     U. S. Marshal
     U. S. Probation